THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD S. WALKER, Appellant.— Order unanimously reversed and matter remitted to Livingston County Court for a hearing. Memorandum: Under the facts con-

tained in defendant's petition, he was entitled to a hearing. (Appeal from order of Livingston County Court denying, without a hearing, motion to vacate a judgment of conviction for burglary, third degree, and petit larceny rendered February 20, 1964.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.